IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DEPARTMENT OF EDUCATION, STATE OF HAWAI'I,<br><br>          Plaintiff(s),<br>    vs.<br><br>A.U., by and through his Parents, KRISTINE and GREG U.,<br>          Defendant(s). | CV 11-00085 AWT-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

"Findings and Recommendation that the Administrative Hearings Officer's Decision be Reversed and the Case be Remanded to the Administrative Hearings Officer" having been filed and served on all parties on November 22, 2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: January 25, 2012



    /s/ A. Wallace Tashima
A. Wallace Tashima
United States Circuit Judge
Sitting by Designation